# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00799-CV

**James Cooke, II, Appellant**

**v.**

**Tax Appraisal District of Bell County, Appellee**

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
NO. 249,537-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 3, 2012, this Court sent notice to appellant James Cooke II that his brief was due on June 6, 2012, and notified him that his appeal would be dismissed for want of prosecution if he did not respond to this Court by July 13, 2012. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed: August 16, 2012